IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ELIZABETH PERKINS,             )
                               )
          Plaintiff,           )
                               )
     v.                        )    1:23-cv-417
                               )
MARTIN J. O'MALLEY,            )
Commissioner of Social         )
Security,                      )
                               )
          Defendant.           )
```

### ORDER

On May 28, 2024, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 11, 12.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 11), is **ADOPTED. IT IS FURTHER ORDERED** that the final decision of the Commissioner is **AFFIRMED**, and that this action is **DISMISSED WITH PREJUDICE.**

A Judgment dismissing this action will be filed contemporaneously herewith.

This the 26th day of June, 2024.

_____
United States District Judge